UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VILLAGE SMOKEHOUSE )<br>        Plaintiff, )<br>)<br>v.                                     )<br>)<br>THOMAS RIDGE, as Secretary of the )<br>Department of Homeland Security; )<br>EDUARDO AGUIRRE, Director of the )<br>U.S. Citizenship & Immigration Services; )<br>PAUL NOVAK, as Center Director of the )<br>U.S. Citizenship & Immigration Services )<br>for Vermont Service Center, )<br>        Defendants. ) | CIVIL ACTION<br>NO. 04-11018-RCL |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendants in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Anton P. Giedt
       ANTON P. GIEDT
       Assistant U.S. Attorney
       United States Courthouse
       1 Courthouse Way - Suite 9200
       Boston, MA 02210
       (617) 748-3282

CERTIFICATE OF SERVICE

I certify that on this 16th day of June, 2004, I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon plaintiff's counsel, Roxana V. Muro, FitzGerald & Company, 18 Tremont Street - Suite 210, Boston, MA 02108.

/s/ Anton P. Giedt
ANTON P. GIEDT
Assistant U.S. Attorney