THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VILLAGE SMOKEHOUSE )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>THOMAS RIDGE, as Secretary of the Department )<br>of Homeland Security; EDUARDO AGUIRRE, )<br>Director of the U.S. Citizenship & Immigration )<br>Services; PAUL NOVAK, as Center Director of the )<br>U.S. Citizenship & Immigration Services for )<br>Vermont Service Center, )<br>Defendants ) | CIVIL ACTION FILE NO.<br><br>04 CV 11018 RCL |

## STIPULATION OF DISMISSAL

NOW come the Plaintiff, Village Smokehouse, in the above-captioned matter and hereby stipulates pursuant to Fed. R. Civ. P. 41(a)(1) to dismiss all counts with prejudice, as they relate to the above-named defendants.

The parties also have agreed that no answer or responsive pleading on behalf of the defendants shall be necessary at this time.

Respectfully submitted,

/s/

Roxana V. Muro
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02111
Telephone (617) 523-6320
Facsimile (617) 523-6324
rmuro@fitzgeraldlawcompany.com
Bar No. 461613

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August 2004, I delivered a true and accurate copy of the foregoing document, Stipulation of Dismissal, to the opposing parties or counsel, at the following addresses:

Mr. Anton P. Giedt
U.S. Attoney's Office
One Courthouse Way
Boston, MA 02110

_____
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile  (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com